UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**LYNDON MIJOSPEH PIERRE**,

*Plaintiff*

V.

**SHEILA VASQUEZ**, in her Official Capacity as Manager of the Texas Department of Public Safety-Sex Offender Registration Bureau;

**STEVEN McCRAW**, in his Official Capacity as Director of the Texas Department of Public Safety; and,

**THE TEXAS DEPARTMENT OF PUBLIC SAFETY**;

CAUSE NO. 1:20-cv-00224-LY

*Defendants*

**ORDER SETTING HEARING ON PLAINTIFF'S**

**APPLICATION FOR A PRELIMINARY INJUNCTION**

On this day came on to be considered in the above captioned and numbered cause the Plaintiff's application for a preliminary injunction. The Court, having considered the application, is of the opinion that a hearing should be had on said application. Accordingly, it is hereby **ORDERED** that Plaintiff's application for a preliminary injunction is **SET** for a hearing before the Court in Courtroom No. \_\_\_\_, on the _____ Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on _____, March \_\_\_, 2020, at \_\_\_\_ \_\_. m.

SIGNED this _____ day of March, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

solo page